# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. EDCV 10-00036 JVS (DTBx) | Date March 22, 2010 |
| Title Etuba Nwosu v. Regional Trustee Services Corp., et al. | |

Present: The Honorable   James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

**On February 22, 2010, the Court granted the defendants' motion to dismiss in without prejudice.   Plaintiff was granted 20 days to amend the complaint.    As of today, an amended complaint has not been filed.**

**The Court hereby ORDERS plaintiff to show cause, in writing, not later than March 30, 2010,  why this action should not be dismissed for lack of prosecution.**

: 00

Initials of Preparer   kjt