JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Etuba Nwosu,<br><br>            Plaintiff,<br><br>      v.<br><br>Regional Trustee Services Corp, et al.,<br><br>            Defendants. | ED CV 10-00036-JVS(DTBx)<br><br>ORDER OF DISMISSAL FOR<br>LACK OF PROSECUTION |

The Court having issued an Order to Show Cause on <u>March 22, 2010</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on <u>March 30, 2010</u> and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: March 31, 2010

_____
James V. Selna
United States District Judge